rari granted, 525 U. S. 1176.] Further consideration of respondent's suggestion of mootness deferred to hearing of case on the merits.

No. 98–1161. CITY OF ERIE ET AL. *v.* PAP'S A. M., TDBA "KANDYLAND." Sup. Ct. Pa. [Certiorari granted, 526 U. S. 1111.] Motion of respondent to dismiss the writ of certiorari as moot denied.

No. 98–8093. PRUNTY *v.* HOLSCHUH, SENIOR JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO, ET AL. C. A. 6th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [526 U. S. 1063] denied.

No. 98–9084. TYLER *v.* HARTIGAN, JUDGE, DISTRICT COURT OF NEBRASKA, DOUGLAS COUNTY. Sup. Ct. Neb.; and
No. 98–9133. COHEA *v.* BRAY ET AL. C. A. 9th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioners are allowed until July 15, 1999, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 98–9617. IN RE ZUBIATE. Petition for writ of habeas corpus denied.

No. 98–8563. IN RE HOLT. Petition for writ of mandamus denied.

No. 98–1828. VERMONT AGENCY OF NATURAL RESOURCES *v.* UNITED STATES EX REL. STEVENS. C. A. 2d Cir. Certiorari granted.

No. 98–303. BARNETT ET AL. *v.* GLENBOROUGH REALTY CORP. ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 98–527. CASEY, DECEASED, BY CASEY, EXECUTRIX OF THE ESTATE, ET AL. *v.* BLISSETT. C. A. 2d Cir. Certiorari denied.